**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 3/9/2021 __

**DOMINGO MEREGILDO,**

                              **Plaintiff,**                              **20-CV-08224 (PGG) (SN)**

              -against-                                               **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Plaintiff filed this action seeking review of the Commissioner's decision that he was

not disabled on October 2, 2020. <u>See</u> ECF No. 2. On October 5, 2020, the Honorable Paul G.

Gardephe entered an Order of Service and Scheduling Order directing the Commissioner to serve

and file the Electronic Certified Administrative Record (e-CAR) within 90 days. ECF No. 6. On

January 5, 2021, the Court granted the Commissioner's request for an extension of time in which

to file the e-CAR, which was to be filed no later than March 5, 2021. ECF No. 11. To date, the

Commissioner has not filed the e-CAR, and has not requested a further extension. Accordingly,

the Commissioner is directed to either file the e-CAR or a letter informing the Court of the status

of its filing no later than March 12, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              March 9, 2021