UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOMINGO MEREGILDO,

                                  **Plaintiff,**                  20-CV-08224 (PGG) (SN)

                -against-                                **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

                                  **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Commissioner filed the electronic Certified Administrative Record ("eCAR") on April 19, 2021. ECF No. 15. As directed in Judge Gardephe's Order of Service and Scheduling Order, the Commissioner was directed to file his motion for judgment on the pleadings within 60 days of filing the eCAR, which would have been June 18, 2021. See ECF No. 6. To date, the Commissioner has not filed his motion for judgment on the pleadings. Accordingly, the Commissioner is directed to file a status letter and proposed schedule for filing his motion for judgment on the pleadings no later than July 7, 2021.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

Dated:  June 30, 2021
         New York, New York